CRAIG P. HELGESEN, #12547
HELGESEN, HOUTZ, & JONES, P.C.
ATTORNEYS FOR DEBTORS
1513 N HILL FIELD RD, SUITE 3
LAYTON, UTAH 84041
TELEPHONE: (801) 544-5306
FACSIMILE: (801) 614-0443
CHELGESEN@UTAHATTORNEYS.COM

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| IN RE: | CASE NO.:18-21755 |
| Anthony J. Braegger and Emily B. Braegger, | |
| | Chapter 13 |
| Debtors. | |
| | Honorable R. Kimbal Mosier |

**OBJECTION TO CLAIM NO. 2-1 OF RED ROCK FINANCIAL**

Comes now the above-referenced Debtors by and through their attorney of record and Objects to claim No. 2-1 of Red Rock Financial. Debtors support their Objection as follows:

1. Debtors filed a Chapter 13 petition for relief under the United States Bankruptcy Code on March 19, 2018.

2. On April 27, 2018, creditor Red Rock Financial filed a proof of claim in the amount of $14650.00 with $11,113.77 of the amount as secured.

3. The contract and corresponding proof of claim is for two vehicles, a 2006 Jeep and a 2012

Hyundai.

4. Debtors are surrendering the 2006 Jeep.

5. Debtors warrant that the proof of claim 2-1 should be amended to list the loan on the 2006 Jeep be listed as unsecured.

    WHEREFORE Debtors respectfully request that the proof of claim 2-1 of Red Rock Financial be denied until amended to list any balance owed for the 2006 Jeep be classified as unsecured.

                                          HELGESEN, HOUTZ & JONES, P.C.

                                          */s/ Craig P. Helgesen*
                                          CRAIG P. HELGESEN
                                          Attorney for Debtors